FOR PUBLICATION

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

APR 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE GEO GROUP, INC.,

        Plaintiff-Appellant,

 and

UNITED STATES OF AMERICA,

        Plaintiff,

 v.

GAVIN NEWSOM, in his official capacity
as Governor of the State of California; ROB
BONTA, in his official capacity as Attorney
General of the State of California,

        Defendants-Appellees,

 and

STATE OF CALIFORNIA,

        Defendant.

No.   20-56172

D.C. Nos.
3:19-cv-02491-JLS-WVG
3:20-cv-00154-JLS-WVG
Southern District of California,
San Diego

**ORDER**

| UNITED STATES OF AMERICA, | No.   20-56304 |
|---|---|
| Plaintiff-Appellant, | D.C. Nos. 3:19-cv-02491-JLS-WVG 3:20-cv-00154-JLS-WVG |
| and | |
| THE GEO GROUP, INC., | |
| Plaintiff, | |
| v. | |
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; STATE OF CALIFORNIA, | |
| Defendants-Appellees. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion is vacated.